1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  STAN HELFMAN, State Bar No. 49104
   Supervising Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 703-5854
    Fax:  (415) 703-1234
7   Email:  Stan.Helfman@doj.ca.gov

8  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEON JORDAN,** | C 07-4680 CRB (PR) |
| Petitioner, | **MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

Respondent respectfully requests an extension of 62 days, to and including Monday, May 12, 2008, in which to answer the petition.

In support of this request, we submit the attached declaration.

///

///

///

Motion for Extension of Time to File Answer                                                   *Jordan v. Yates, Warden*
                                                                                                                    C 07-4680 CRB (PR)

1

Dated:  March 7, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General


/s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General
Attorneys for Respondent

40226998.wpd
SF2008400163

Motion for Extension of Time to File Answer                                                                          *Jordan v. Yates, Warden*
C 07-4680 CRB (PR)

2