EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEON JORDAN,**<br><br>                               Petitioner,<br><br>     v.<br><br>**JAMES A. YATES, Warden,**<br><br>                               Respondent. | C 07-4680 CRB (PR)<br><br>**DECLARATION OF STAN HELFMAN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

Stan Helfman states under Penalty of Perjury:

(1)  I am a Supervising Deputy Attorney General for the State of California and I represent respondent in this matter.

(2)  According to the Order to Show Cause, Jordan was convicted of second degree robbery, vehicular evasion of an officer, transportation of marijuana, five prior strike convictions and two prior serious convictions, and was sentenced to a term of 15 years.  The California Court of Appeal remanded for resentencing.  Petitioner did not seek review.

(3)  On September 11, 2007, Jordan filed a *pro se* petition for a writ of habeas corpus

1 | in this court.

2 |  (4) On January 11, 2008, this Court issued an order to show cause and directed the
3 | service and filing of an answer on or before March 11, 2008.

4 |  (5) Respondent has filed no prior request for extension of time in this case.

5 |  (6) I received this court's order to show cause on January 16, 2008. I promptly
6 | ordered our state appeal file, which I have received.

7 |  (7) The appeal file consists of a box of transcripts, pleadings, orders and other
8 | materials.

9 |  (8) I have reviewed the petition and the claims of insufficient evidence, prosecutorial
10 | misconduct, unduly suggestive photo lineup, unlawful sentence.

11 |  (9) Despite my best intentions, I have been unable to complete preparation of our
12 | pleading. It was necessary for me to complete pleadings in *In re Greensweight*, A120041,
13 | *Dossman v. Newland*, C 00-0384, *People v. Bucao*, H031455, *People v. Rutledge*, A115713. At
14 | the same time, in my capacity as a supervisor, it was necessary for me to review numerous
15 | lengthy draft pleadings prepared by other deputies in this office. I must prepare pleadings in
16 | *People v. Primas*, A116667, *Magraff v. Ayers*, CIV S 07-1121, *Espinoza v. Walker*, C 07-1741,
17 | *People v. Grimmer*, A118531. I am working on *Grimmer*.

18 |  For the foregoing reasons, we respectfully request an extension of time of 62 days, to
19 | and including Monday, May 12, 2008, in which to answer the petition.

20 | ///
21 | ///
22 | ///

Decl. of Stan Helfman in Support of Mot. for EOT to File Answer    *Jordan v. Yates, Warden*
C 07-4680 CRB (PR)

1 | Dated: March 7, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

10 | /s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General
Attorneys for Respondent

40227003.wpd
SF2008400163

Decl. of Stan Helfman in Support of Mot. for EOT to File Answer      *Jordan v. Yates, Warden*
C 07-4680 CRB (PR)

3