1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11
**LEON JORDAN,**                                    C 07-4680 CRB (PR)
12
                                    Petitioner,      **[PROPOSED] ORDER**
13

14                    **v.**

      **JAMES A. YATES, Warden,**
15
                                    Respondent.
16

17

18          On Motion of respondent and good cause appearing, it is ordered that the time for

19   filing the answer to the petition for writ of habeas corpus be, and the same is, extended 62 days

20   to and including Monday, May 12, 2008.

21

22   Dated: _____          _____
                                                  The Honorable Charles R. Breyer
23

24

25

26

27

28