## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Jordan v. Yates, Warden**

No.:     **C 07-4680 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On <u>March 7, 2008</u>, I served the attached

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

**DECLARATION OF STAN HELFMAN IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

**[PROPOSED] ORDER**

 by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Leon Jordan
F-01093
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA 93210

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 7, 2008, at San Francisco, California.

| S. Agustin | /s/ S. Agustin |
|:---:|:---:|
| Declarant | Signature |

40227014.wpd