EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEON JORDAN,**<br><br>                    Petitioner,<br><br>        v.<br><br>**JAMES A. YATES, Warden,**<br><br>                    Respondent. | C 07-4680 CRB (PR)<br><br>**MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

　　　Respondent respectfully requests an extension of 60 days, to and including July 11, 2008, in which to answer the petition.

　　　In support of this request, we submit the attached declaration.

///

///

///

Motion for Extension of Time to File Answer                                                                    *Jordan v. Yates, Warden*
                                                                                                               C 07-4680 CRB (PR)

1

1 | Dated: May 2, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

7 |

8 |

9 | /s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General
Attorneys for Respondent

40248977.wpd
SF2008400163

Motion for Extension of Time to File Answer *Jordan v. Yates, Warden*
C 07-4680 CRB (PR)

2