IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEON JORDAN,** <br><br> Petitioner, <br><br> v. <br><br> **JAMES A. YATES, Warden,** <br><br> Respondent. | C 07-4680 CRB (PR) <br><br> **[PROPOSED] ORDER** |

On Motion of respondent and good cause appearing, it is ordered that the time for filing the answer to the petition for writ of habeas corpus be, and the same is, extended 60 days to and including July 11, 2008.

Dated: _____     _____
The Honorable Charles R. Breyer