1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

**LEON JORDAN,**                                    C 07-4680 CRB (PR)

12
                                    Petitioner,    ~~[PROPOSED]~~ ORDER

13

          **v.**

14

**JAMES A. YATES, Warden,**

15

                                    Respondent.

16

17

18          On Motion of respondent and good cause appearing, it is ordered that the time for

19   filing the answer to the petition for writ of habeas corpus be, and the same is, extended 60 days

20   to and including July 11, 2008.

21

22   Dated: __ May 06, 2008 _____

23                                    The Honorable Charles R. Breyer

24                                    IT IS SO ORDERED

25                                    Judge Charles R. Breyer

26

27

28

[Proposed] Order                                    *Jordan v. Yates, Warden*
                                                    Case No. C 07-4680 CRB (PR)