1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  STAN HELFMAN, State Bar No. 49104
   Supervising Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 703-5854
    Fax:  (415) 703-1234
7   Email:  Stan.Helfman@doj.ca.gov

8  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEON JORDAN,** | C 07-4680 CRB (PR) |
| Petitioner, | **MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

Respondent respectfully requests an extension of 40 days, to and including August 20, 2008, in which to answer the petition.

In support of this request, we submit the attached declaration.

///

///

///

1 | Dated: July 7, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 |

7 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

8 |

9 | /s/ Stan Helfman
STAN HELFMAN
Supervising Deputy Attorney General
Attorneys for Respondent

20119953.wpd
SF2008400163

Motion for Extension of Time to File Answer                    *Jordan v. Yates, Warden*
C 07-4680 CRB (PR)

2