IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEON JORDAN,** | C 07-4680 CRB (PR) |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

On Motion of respondent and good cause appearing, it is ordered that the time for filing the answer to the petition for writ of habeas corpus be, and the same is, extended 40 days to and including August 20, 2008.

Dated: __July 09, 2008_____

_____
The Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

[Proposed] Order

*Jordan v. Yates, Warden*
Case No. C 07-4680 CRB (PR)