EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
STAN HELFMAN, State Bar No. 49104
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5854
 Fax:  (415) 703-1234
 Email:  Stan.Helfman@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEON JORDAN,** | C 07-4680 CRB (PR) |
| Petitioner, | **ANSWER** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

This is respondent's answer to petition for writ of habeas corpus:

**I.**

**CUSTODY**

Petitioner is lawfully in state custody following entry of a valid judgment and commitment on October 21, 2005 and October 26, 2006, in Santa Cruz County case number F11318, following a court trial, for second degree robbery, vehicular evasion of an officer, and transportation of marijuana. The court found true five prior strike convictions and two prior serious felony convictions for robbery and criminal threats. The court sentenced petitioner to a prison term of 15

1 years. Exh. A, pp. 1-2; Exh. B.

## II.
## EXHAUSTION

Petitioner exhausted state remedies by presenting his claims to the California Supreme Court in a petition for writ of habeas corpus, Exh. C, which was denied. Exh. D. The sentencing claim is technically unexhausted.

## III.
## PROCEDURAL DEFAULT

Petitioner's claims are not procedurally defaulted.

## IV.
## DENIAL

There is no merit to petitioner's claims of insufficient evidence of robbery, prosecutorial misconduct, unduly suggestive pre-trial photo line-up, unconstitutional upper-term sentence, and ineffective assistance of counsel on appeal.

## V.
## TIMELINESS

The petition is timely.

## VI.
## RECORDS

Respondent submits transcripts of the state trial and other pertinent records, as described in the accompanying Index to Exhibits.

///

///

///

**CONCLUSION**

Wherefore, the petition should be denied, the order to show cause discharged, and these proceedings dismissed.

Dated: August 12, 2008

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        DANE R. GILLETTE
        Chief Assistant Attorney General

        GERALD A. ENGLER
        Senior Assistant Attorney General

        PEGGY S. RUFFRA
        Supervising Deputy Attorney General

        /s/ Stan Helfman
        STAN HELFMAN
        Supervising Deputy Attorney General
        Attorneys for Respondent

20118925.wpd
SF2008400163

Answer         *Jordan v. Yates, Warden*
        C 07-4680 CRB (PR)

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Jordan v. Yates, Warden**

No.:   **C 07-4680 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>August 13, 2008</u>, I served the attached

**ANSWER**

**MEMORANDUM OF POINTS AND AUTHORITIES**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Leon Jordan
F-01093
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA 93210

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 13, 2008, at San Francisco, California.

|  S. Agustin  |  /s/ S. Agustin  |
|:---:|:---:|
| Declarant | Signature |

20118938.wpd