1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  STAN HELFMAN, State Bar No. 49104
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5854
    Fax:  (415) 703-1234
8   Email:  Stan.Helfman@doj.ca.gov

9  Attorneys for Respondent

10

11               IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEON JORDAN,** | C 07-4680 CRB (PR) |
| Petitioner, | **INDEX TO EXHIBITS** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

21     Respondent lodges the following exhibits in support of the Answer and Memorandum

22  of Points and Authorities.

23          EXHIBIT A       Opinion of Court of Appeal

24          EXHIBIT B       Minute Order on Resentencing

25          EXHIBIT C       Habeas Corpus Petition, S150496

26          EXHIBIT D       Order Denying Petition, S150496

27          EXHIBIT E       Reporter's Transcripts (6 vols.)

28          EXHIBIT F       Clerk's Transcript (1 vol.)

Index to Exhibits                                    *Jordan v. Yates, Warden*
                                                     C 07-4680 CRB (PR)

| | | |
|---|---|---|
| 1 | EXHIBIT G | Probation Report |

Dated: August 12, 2008

                    Respectfully submitted,

                    EDMUND G. BROWN JR.
                    Attorney General of the State of California

                    DANE R. GILLETTE
                    Chief Assistant Attorney General

                    GERALD A. ENGLER
                    Senior Assistant Attorney General

                    PEGGY S. RUFFRA
                    Supervising Deputy Attorney General

                    /s/ Stan Helfman
                    STAN HELFMAN
                    Supervising Deputy Attorney General
                    Attorneys for Respondent

20118922.wpd
SF2008400163

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Jordan v. Yates, Warden**

No.:    **C 07-4680 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>August 13, 2008</u>, I served the attached

**INDEX TO EXHIBITS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Leon Jordan
F-01093
Pleasant Valley State Prison
P.O. Box 8503
Coalinga, CA 93210

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 13, 2008, at San Francisco, California.

|  S. Agustin  |  /s/ S. Agustin  |
|  :---:  |  :---:  |
|  Declarant  |  Signature  |

20118939.wpd